Robert B. Wilson     Standing Chapter 13 Trustee  6308 Iola Avenue, STE 100     Lubbock, TX 79424      (806)748-1980 Office    (806)748-1956

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

**IN RE:**
**MARIA TOVAR MORSE**

**CASE NO. 14-70143  - HDH -13**

**Hearing Date:  7/16/2014**

**DEBTOR(S)**

**Hearing Time:  10:00 AM**

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 5/13/2014.

2. Debtor(s) are above median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges Debtor's Plan fails to provide for Santander Consumer's secured claim in the amount of $9,654.89 secured by a 2011 Galant.

4. Trustee is unable to determine feasibility of the proposed Plan base until all claims are properly treated and objects to confirmation in accordance with 11 U.S.C. 1325(a)(6).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  7/9/2014

Respectfully submitted,
/s/ Robert B. Wilson
6308 Iola Avenue, STE 100
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>MARIA TOVAR MORSE<br><br>1601 GIDDINGS ST<br><br>WICHITA FALL   TX   76309 |

| | |
|---|---|
| Date:  7/9/2014 | /s/ Robert B. Wilson<br>Office of the Standing Trustee |

MARIA TOVAR MORSE
1601 GIDDINGS ST
WICHITA FALLS    TX   76309